## FRENCH et ux. v. SOUTHWESTERN TELEGRAPH & TELEPHONE CO. (No. 2627.)

(Supreme Court of Texas. May 5, 1920.)

Certified question from Court of Civil Appeals of Eighth Supreme Judicial District.

Action by J. E. French and wife against the Southwestern Telegraph and Telephone Company. Judgment for defendant, and plaintiffs appealed to the Court of Civil Appeals, which reversed and remanded the cause (162 S. W. 406). On certified question. Question answered.

Ring, Carothers & Brown, of Houston, for appellants.

Jno. Charles Harris and Harris & Harris, all of Houston, for appellee.

GREENWOOD, J. The question certified is: "Did the trial court err in giving the peremptory instruction?"

We answer that the trial court erred in giving the peremptory instruction, for the reasons stated in the clear and correct opinion for the majority of the Court of Civil Appeals by Associate Justice Higgins, reported in 162 S. W. 406.